

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2021

No. 04-21-00152-CR

Vincent **MACRI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 1997CR3321
Honorable Raymond Angelini, Judge Presiding

# O R D E R

On April 21, 2021, the Bexar County District Clerk erroneously filed a clerk's record in this court, which contained a pro se pleading entitled "Motion for New Trial Out of Time Appeal." This pleading was filed by the pro se in trial court cause number 97CR3321. The pleading requests relief from the trial court and not the court of appeals. However, before this court determined the nature of the filing, we inadvertently assigned an appellate number to the "Motion for New Trial Out of Time Appeal." We therefore ORDER appeal number 04-21-00152-CR be treated as a closed case for administrative purposes and ORDER the clerk of this court to administratively close appeal number 04-21-00152-CR. The clerk of this court is also directed to inform the Bexar County District Clerk of the erroneous filing.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court